UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-198-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | <u>ORDER FOR RELEASE</u> |
| v. | ) | <u>OF MATERIAL WITNESS</u> |
| | ) | |
| MICHEAL LANE BREEDEN | ) | |

TO:  United States Marshal or any authorized law enforcement officer.

You are commanded to release the material witness, Ms. Christine Hunt, upon completion of her testimony before the grand jury, or by 5:00pm on Wednesday, February 3, 2021, whichever occurs sooner.

This 2 February 2021.

W. Earl Britt
Senior U.S. District Judge