IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CR-00198-BR

| | |
|---|---|
| **United States of America**, <br><br> v. <br><br> **Michael Lane Breeden**, <br><br> Defendant. | **Order** |

In its July 16, 2021 Order, the court directed the Government to respond to Breeden's request for certain pages of arrests warrants from January 2020 and November 2020. D.E. 45. The Government has stated it lacks knowledge of the arrests warrants Breeden seeks. D.E. 46. So the court denies without prejudice this portion of Breeden's motion for discovery.

Dated: July 27, 2021

_____
Robert T. Numbers, II
United States Magistrate Judge